Motion by New York State Conference of Mayors and Municipal Officials for leave to appear amicus curiae on the motions for leave to appeal herein granted and the brief is accepted as filed.

PATRICIA J. CURTO, Appellant, v MARK DIEHL et al., Respondents.

Submitted July 13, 2015; decided September 3, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judge FAHEY taking no part.

DOROTHY M. FAISON, as Administratrix of the Estate of PERCY LEE GOGINS, JR., Deceased, Appellant, v TONYA LEWIS, Also Known as TONYA TAYLOR and Another, et al., Defendants, and BANK OF AMERICA, N.A., Respondent.

Submitted June 29, 2015; decided September 3, 2015

Motion for reargument denied with $100 costs and necessary reproduction disbursements [see 25 NY3d 220 (2015)].

DOROTHY M. FAISON, as Administratrix of the Estate of PERCY LEE GOGINS, JR., Deceased, Appellant, v TONYA LEWIS, Also Known as TONYA TAYLOR and Another, et al., Defendants, and BANK OF AMERICA , N.A., Respondent.

Submitted July 13, 2015; decided September 3, 2015

Motion by the New York State Land Title Association, Inc. for leave to appear amicus curiae on the motion for reargument herein granted and the brief is accepted as filed.